UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | IND. # 06-CR- 0689 -ENV |
| TROY INGRAM | ) | |

PLEASE TAKE NOTICE, that I have been retained to represent the above named defendant.

| | |
|---|---|
| NAME | BARRY TURNER |
| SIGNATURE | *Barry Turner* |
| BAR CODE | BT6140 |
| FIRM NAME | BARRY S. TURNER, P.C. |
| ADDRESS | 780 THIRD AVENUE (14TH Fl.)<br>NEW YORK, NEW YORK 10017 |
| E-MAIL | BTEE22@HOTMAIL.COM |
| PHONE NUMBER | (212) 679-1000 |